IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:06-CR-39 (CDL) |
| v. | : VIOLATIONS: |
| | : 21 U.S.C. §§ 841(a)(1), |
| JULIAN DOYLE | : 841(b)(1)(C), and 844 |
| and | : |
| RICHARD GREEN | : |
| _____ | : |

THE GRAND JURY CHARGES:

COUNT ONE

POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

21 U.S.C. § 841(a)(1)

That on or about August 25, 2005, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia,

RICHARD GREEN,

defendant herein, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule I controlled substance, to wit: a mixture or substance containing a detectable amount of marijuana; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWO

POSSESSION OF MARIJUANA

21 U.S.C. § 844

That on or about August 25, 2005, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia,

**JULIAN DOYLE**,

defendant herein, did unlawfully, knowingly, and intentionally possess a Schedule I controlled substance, to wit: a mixture or substance containing a detectable amount of marijuana; all in violation of Title 21, United States Code, Section 844.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

_____
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___ day of _____, A.D. 2006
_____
**CLERK**