# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

VS.

RICHARD GREEN

Defendant

0720 1002 0015 E
PID 1223285

CASE NO. 4:06-CR-39-CDL

WARRANT FOR ARREST

To: The United States Marshal, Middle District of Georgia and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD GREEN and bring him/her FORTHWITH before the nearest available judicial officer to answer a(n)

[X] Indictment     [ ] Information     [ ] Complaint     [ ] Order of Court

[ ] Violation Notice     [ ] Probation Violation Petition

charging him/her with Possession with Intent to Distribute Marijuana in violation of United States Code Section 21:841(a)(1) and 841(b)(1)(C).

Dated at Macon Georgia, this September 29, 2006.
WITNESS THE HONORABLE JUDGES OF THIS COURT.

GREGORY J. LEONARD, CLERK

BY: s/Amy N. Stapleton
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received<br>092906<br>Date of Arrest<br>111306 | Name and Title of Arresting Officer<br>CI/DUSM Ferguson | Signature of Arresting Officer |
|---|---|---|