IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.

RICHARD GREEN,
    Defendant.

Case No.: 4:05-CR-39-2 of 2 (CDL)

**MOTION TO INSPECT TAPE-RECORDED EVIDENCE, TO EXAMINE TRANSCRIPTS FOR ACCURACY, AND TO PREPARE TRANSCRIPTS ON DEFENDANT'S BEHALF**

1. Sound recordings are admissible in evidence only if a proper foundation is laid.

2. The proper foundation includes:

    (a) A showing that the mechanical transcription device was capable of taking testimony;

    (b) A showing that the operator was competent to operate the device;

    (c) The authenticity and correctness of these recordings must be established;

    (d) It must be shown that changes, additions, or deletions have not been made;

    (e) The manner of the preservation of the record must be shown;

    (f) Speakers must be identified;

    (g) It must be shown that the testimony was freely and voluntarily made.

3. Inaudible tapes should be excluded from evidence as untrustworthy.

4. Use of transcripts: The Defendant objects to the use of transcripts before the jury; the best evidence of the conversation is the tape itself; the defendant particularly objects to the use of any transcript unless he has had an opportunity to verify its accuracy and then only to assist the jury as it listens to the tape.  If accuracy remains an issue, Defendant objects to any transcript being shown to the jury unless a foundation may first be laid by having the person who prepared the transcripts testify as to comparison.

5. Defendant requests the right to listen to the tapes and to prepare his own transcripts.

6. Defendant shows that his right to verify and compare transcripts and tapes is a fundamental necessity in the preparation for a trial in which tapes and/or transcripts are to be used, and defendant has a fundamental confrontation and due process right to listen, compare, and prepare transcripts.

This 21st day of November, 2006.

                            Respectfully submitted,

                            /s Mark A. Casto
                            Attorney for the Defendant
                            Georgia State Bar # 116148

Address/Telephone:
P. O. Box 11
812 Broadway
Columbus, Georgia 31902
(706) 327-7571

## CERTIFICATE OF SERVICE

**GEORGIA, MUSCOGEE COUNTY**

     This is to certify that I, the undersigned, have on this date served a copy of the foregoing by electronic filing with United Stated District Court, Middle District of Georgia, Columbus Division, a true copy of same to Mr. Melvin Hyde, Assistant United States Attorney, United States Attorney's Office, Post Office Box 2568, Columbus Georgia 31902.

     This 21st day of November, 2006.

                                    Respectfully submitted,

                                    /s Mark A. Casto
                                    Attorney for the Defendant
                                    Georgia State Bar # 116148

Address/Telephone:
P. O. Box 11
812 Broadway
Columbus, Georgia 31902
(706) 327-7571