IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:06-CR-39 (CDL) |
| | : |
| v. | : |
| | : |
| RICHARD GREEN | : |
| _____ | : |

GOVERNMENT'S CONSOLIDATED RESPONSE
TO DEFENDANT'S DISCOVERY MOTIONS

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this response to defendant's pre-trial motions, which are itemized as follows: Motion for Discovery of Exculpatory and Impeaching Information; Motion to Suppress Co-Defendant's Statement; Motion for Discovery; Motion for Production of Grand Jury Testimony and Jencks Motion; Motion for James Hearing; Motion for Disclosure of Co-Defendants' Statements; Motion for Disclosure of Brady Evidence; Motion to Adopt Co-Defendant's Motions; Motion to Exclude Defendant's Statements; Motion to Inspect Tape Recorded Evidence; Motion to Reveal Consideration Given to Government Witnesses; Motion to Suppress; Motion for Disclosure of Similar Act Evidence; and Motion to Reserve the Right to File Additional Evidence.

Initially, the government states that it produced discovery on November 16, 2006

that is sufficient to inform the defendant and counsel with particularity as to the course of the government's investigation.

1.

Preliminarily, the government notes that there is no tape recorded evidence in this case, that the government has not given any consideration to any particular witness or witnesses, that the government will not seek to introduce any similar act evidence, and that the co-defendant has already entered a guilty plea and did not file any pre-trial motions.  Defendant's motions pertaining to those subject matters are therefore moot.

2.

As a general response to to defendant's discovery motions, the government states that to the extent the defendant has so requested, it will provide to defendant discovery of any evidence, tangible objects, or documents required by Rule 16, Federal Rules of Criminal Procedure, the Supreme Court's decision in *Brady v. Maryland, 373 U.S. 83 (1963),* and its progeny.  The government is aware of its obligation to release impeaching information in a timely manner.

While it is not office policy, in this case the government will maintain an open file and the defendant through his counsel is free to inspect the government's file at any mutually convenient time.

3.

The government specifically denies the defendant's contention that statements

were obtained from him in an illegal or coercive manner.  The government therefore requests a hearing on defendant's Motion to Exclude Statements of Defendant.

4.

The government agrees to provide all Jencks materials in a manner consistent with the Standard Pre-Trial Order.

5.

The co-defendant's statements have already been revealed to the defendant.

6.

The government has no objection to defendant's request to file additional motions, provided that the government is given the opportunity to respond to any such motion(s).

7.

The government contends that there were no search warrants utilized in the investigation of this case.  Defendant's Motion to Supress is therefore inapplicable.

8.

The government has no intention of introducing the statements of the co-defendant at trial, unless the co-defendant testifies and is available for cross examination. Defendant's Motion to Suppress Co-Defendant's Statements and Motion for a James Hearing are therefore moot.

Respectfully submitted, this 6th day of December, 2006.

                                          MAXWELL WOOD
                                          UNITED STATES ATTORNEY

                BY:  *s/Melvin E. Hyde, Jr.*
                      Assistant United States Attorney
                      Post Office Box 2568
                      Columbus, Georgia 31902
                      Phone: (706) 649-7700
                      Fax: (706) 649-7667
                      Georgia Bar No. 381425

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2006, I electronically filed the within and foregoing GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT'S

DISCOVERY MOTIONS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mark Casto, Esquire.

                                    MAXWELL WOOD
                                    UNITED STATES ATTORNEY

BY:  *s/Melvin E. Hyde, Jr.*
        Assistant United States Attorney
        Post Office Box 2568
        Columbus, Georgia 31902
        Phone: (706) 649-7700
        Fax: (706) 649-7667
        Georgia Bar No. 381425