# MINUTE SHEET
## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

RICHARD GREEN

Case Number: 4:06-cr-39-001 (CDL)

Courtroom Deputy: Timothy L. Frost

Court Reporter: Not Used

Tape No.: 070129GMF

Judge: G. MALLON FAIRCLOTH

AUSA: MEL HYDE

USPO: RUSSELL BROWN

Deft's Atty: Mark A. Casto
☒ Appointed  ☐ Retained  ☐ Waived for IA

Date of Hearing: 01/29/20

Date of Arrest:

Interpreter: NONE USED

☐ Initial Appearance on: ☐ Indictment ☐ Information ☒ Bond Revocation Hearing
☐ Complaint ☐ Arraignment ☐ Preliminary Examination ☐ Bond/Detention Hearing

**INITIAL APPEARANCE/ARRAIGNMENT**
☐ At the time of arraignment
☐ Deft's attorney present
☐ Deft advised of charges and max penalties
☐ Deft advised of rights (Rule 11, FRCrP)
☐ Deft waived reading of the charges and pleaded NOT GUILTY in writing
☐ Deft. advised of Rule 20 (FRCr.P)
☐ Standard Pretrial Order given to Deft.'s Atty.
☐ Notice of court policy on retained attorneys given to Deft.'s Atty.
☐ Deft. refused to enter plea; NOT GUILTY plea entered by Court

**BOND REVOCATION HEARING**
☒ Defendant acknowledged conditions
☒ House Arrest Added
☒ Double drug and alcohol screening

Court Time (MJSTAR):

Court Time (MJSTAR): 10 minutes

**REMOVAL HEARING**
☐ Deft. waived removal hearing ☐ Identity Only
☐ Identity established
☐ Identify NOT established
☐ Deft. requested hearing is prosecution district
☐ Deft. requested hearing is this district
☐ Preliminary hearing held
☐ Deft. advised of Rule 20 (FRCrP)
☐ No preliminary hearing required
☐ Deft. ORDERED removed to: _____ District of _____
☐ Subject to satisfying conditions of release
☐ Removal DENIED

Court Time: (MJSTAR):

**EXHIBITS**
☐ In Vault  ☐ Attached  ☐ Rtd to Atty

| Govt/Deft | Ex. No. | Description |
|---|---|---|

**NOTES/OTHER COMMENTS**