**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS** | * | **CRIMINAL NO.:  4:06-CR-39-002** |
| **RICHARD GREEN** | * | |

## O R D E R

The defendant having appeared before the Court at a bail revocation hearing on January 29, 2007, is found to have violated the conditions of bond as outlined in the Report of Non-Compliance on Pretrial Defendant. HOWEVER, it is the order of the Court that the defendant be continued under pretrial bail supervision with increased drug testing in addition to the original conditions of bond as set forth in the Order Setting Conditions of Release dated November 15, 2006.

So ordered this __29ᵗʰ__ day of January, 2007.

G. Mallon Faircloth
U.S. Magistrate Judge

Prepared by:

Russell D. Brown
U.S. Probation Officer