Filed at 9:45 A M
DATE 7/18/2007
Elizabeth Long

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: |
| | : VIOLATIONS: 21 U.S.C. Sects. 841(a)(1) and |
| v. | :        841(b)(1)(D) |
| | : |
| RICHARD GREEN | : |
| | : |

## SUPERCEDING INFORMATION

### COUNT ONE

[21 U.S.C. Sect. 841(a)(1), Possession With Intent to Distribute Marijuana]

That on or about August 25, 2005, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia,

**RICHARD GREEN**,

defendant herein, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule I controlled substance, to wit: a mixture or substance containing a detectable amount of marijuana; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

MAXWELL WOOD
UNITED STATES ATTORNEY

By: _____
Melvin E. Hyde, Jr.
Assistant United States Attorney