# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:05-CR-33 (CDL) |
| v. | : |
| RICHARD GREEN | : |

## WAIVER OF GRAND JURY INDICTMENT

I, RICHARD GREEN, have been advised of my right to have my case presented to the Grand Jury for their consideration. I hereby knowingly and voluntarily waive this right and agree to proceed by Information.

This 18 day of July, 2007.

RICHARD GREEN
DEFENDANT

MARK CASTO
ATTORNEY FOR DEFENDANT