Filed at 10:02 AM
DATE 7/18/2007
Elizabeth Long
DEPUTY
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:05-CR-33 (CDL) |
| vs. | : |
| RICHARD GREEN | : |

## CHANGE OF PLEA

I, RICHARD GREEN, having been advised of my Constitutional rights and having had the charge herein stated to me, do now hereby plead GUILTY to Count One of the Superceding Information.

This 18th day of July, 2007.

_____
RICHARD GREEN
DEFENDANT

_____
MARK CASTO
ATTORNEY FOR DEFENDANT

_____
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY