# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION
## AT COLUMBUS, GEORGIA



## MINUTE SHEET OF SENTENCE HEARING

| | |
|---|---|
| Date:  November 28, 2007 | *Court Time for MJSTAR/JS10: 10 minutes* |
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Elizabeth S. Long | Interpreter: N/A |

*Case Number:* **4:06-CR-39-002 (CDL)**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA: MEL HYDE |
| vs. | |
| RICHARD GREEN | Counsel: MARK CASTO |

*Disclaimer:  Contents of this Minute sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**OFFENSE LEVEL**: 4    **CATEGORY:** I    **RANGE:** 0 - 6  **MONTHS**

**PROBATION RANGE:**   3  **YEARS**

### SENTENCE AND CONDITIONS

Dft shall not possess **firearms** or other dangerous weapons.

Dft to cooperate in the collection of **DNA** as directed by the USPO.

Dft shall participate in a **substance abuse program** approved by the USPO which may include testing to determine if dft has reverted to the use of drugs or alcohol.

A **fine** of $ 1,000.00 is to be paid immediately.  Defendant shall make payments of $50.00/month for 20 months.

Dft shall provide the USPO/BOP with access to any requested financial information.

Dft is prohibited from incurring new credit charges or opening additional lines of credit without approval of the USPO.

VOLUNTARY SURRENDER:  ☐ Yes  ☐ No          APPEAL INFORMATION GIVEN TO:  ☒ Atty     ☒ Dft